**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|   |   |
|---|---|
| **FELIX R. CAMPOS,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**VICTORIA KUHN, et al.,**<br><br>    **Defendants.** | **Case No. 26–cv–02243–ESK**<br><br><br>**OPINION** |

**KIEL, U.S.D.J.**

**THIS MATTER** comes before the Court on plaintiff Felix R. Campos's application to proceed *in forma pauperis* (Application) (ECF No. 8).    On March 10, 2026, I administratively terminated plaintiff's complaint because he did not include an *in forma pauperis* application.    (ECF No. 6.)

*In forma pauperis* status is a privilege, not a right.    *See Shahin v. Sec. of Del.*, 532 F. App'x 123, 123, (3d Cir. 2013).    "[T]he granting of applications to proceed *in forma pauperis* is committed to the sound discretion of the district courts."    *United States v. Holiday*, 436 F.2d 1079, 1079 (3d Cir. 1971).    The account statement included with the Application indicates that plaintiff receives regular deposits of $200.    (*See, e.g.,* ECF No. 8 p.8 (showing $200 deposit on August 3, 2025, $250 deposit on August 20, 2025, $200 deposit on August 31, 2025, $200 deposit on October 5, 2025)).    In 2026, plaintiff received $150 on January 5, 2026; $200 on January 14, 2026; and $200 on February 4, 2026.    (*Id.* pp.9, 10.)    He denies being employed in prison and offers no explanation for these deposits.    (*Id.* p.3.)    The account statement concludes on February 18, 2026, at which time plaintiff had a balance of $397.65 in his account.    (*Id.* p.10.)

I find that plaintiff has not shown that he cannot afford the filing fee. Therefore, the Application is denied.    Plaintiff must pay the $350 filing fee and $55 administrative fee to reopen the proceedings.

An appropriate Order accompanies this Opinion.


/s/ Edward S. Kiel
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**

Dated:  March 23, 2026

2